**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Bryant NEWELL, Defendant— Appellant.**

**No. 09–6862.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 27, 2009.

Bryant Newell, Appellant Pro Se. Angela R. White, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryant Newell appeals the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Newell,* No. 1:00–cr–00146–AMD–4 (D.Md. Apr. 14, 2009). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*